Randall B. Bateman (USB 6482)
BATEMAN IP
299 South Main Street, Suite 1300
Salt Lake City, UT 84111
(801) 533-0320
rbb@batemanip.com, mail@batemanip.com

*Attorney for Plaintiff Shen Engineers, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHEN ENGINEERS, INC., a Utah Corporation,<br><br>Plaintiff,<br>vs.<br><br>RICHARD BRIGHTON, an individual, d/b/a<br>BRIGHTON ARCHITECTURAL GROUP,<br><br>Defendant. | **SECOND AMENDED COMPLAINT**<br><br>**JURY DEMAND**<br><br>Case No. 2:22-cv-00624-CMR<br><br>Judge Cecilia M. Romero |

Plaintiff Shen Engineers, Inc. ("Shen") hereby alleges against Defendant Richard

Brighton, d/b/a Brighton Architectural Group ("Brighton") as follows:

### PARTIES

1.      Plaintiff Shen is a Utah corporation having a principal place of business in Salt

Lake County, Utah.

2.      On information and belief, Defendant Richard Brighton is an individual residing

in Summit County, Utah.

## JURISDICTION AND VENUE

3.       This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1338(a).

Personal jurisdiction is present, as Defendant resides in this district and the actions alleged herein

occurred in this district.  Supplemental jurisdiction is provided over the state law claims pursuant

to 28 U.S.C. § 1367.

4.       Venue is proper under 28 U.S.C. §§ 1391 and 1400(a), as Defendant resides or is

found in this district and the actions complained of occurred in this district.

## GENERAL ALLEGATIONS

5.       Shen is a professional engineering firm which provides, among other things,

architectural engineering services to house designers and architects.

6.       Shen has been providing engineering services to the public in Utah for more than

25 years.

7.       Architects and home designers create the floor plans and elevations for a building

they desire to be built.  Structural engineers like Shen then perform the engineering calculations

to ensure that the building has proper structural support and will otherwise be structurally sound.

The structural engineers then produce engineering plans with instructions and drawings on how

to build the structure to ensure that the building will be structurally sound.

8.       If a building which has been engineered by an engineering firm were to collapse,

the engineering firm is likely to be sued and may face considerable liability.

9.       Brighton provides architectural services under the name Brighton Architectural

Group.

2

10.     In 2017 Brighton contracted with Shen to provide engineering plans for five architectural plans that Brighton designed.  A copy of engineering plans titled Highstar Cabin 2500 is attached hereto as Exhibit A.

11.     A copy of engineering plans titled Highstar Cabin 2800 is attached hereto as Exhibit B.

12.     A copy of engineering plans titled Highstar Cabin 2050 is attached hereto as Exhibit C.

13.     A copy of the engineering plans titled Highstar Cabin 3300 is attached hereto as Exhibit D.

14.     A copy of the engineering plans titled New Cabin is attached hereto as Exhibit E.

15.     At no time has Shen ever been an employee of Brighton.

16.     Brighton has never paid taxes on behalf of Shen,

17.     Brighton has not controlled the location, work hours or means of Shen preparing its engineering plans.

18.     Brighton and Shen did not have a written instrument signed by them that any of Shen's work shall be considered a work made for hire.

19.     Houses based on Brighton's architectural plans were intended to be built in Kamas, Utah.

20.     Shen's standard agreement allows his clients to use Shen's engineering plans for a single building.  Each subsequent use requires the payment of a reuse fee and Shen confirms that

the engineering plans are appropriate for the second or subsequent building as any modifications may require modification to the engineering plans.

21.     Brighton paid for engineering plans for each of the five architectural plans Brighton created and later paid Shen for one reuse for each of two different engineering plans.

22.     Unbeknownst to Shen, Brighton assisted his client in obtaining permits to build approximately twenty additional homes using Shen's engineering plans.

23.     As part of that effort, Brighton made photocopies of Shen's engineering plans so that they could be used to acquire building permits for Brighton's client to build the additional houses.

24.     Brighton's architectural plans for the subsequent houses were not provided to Shen and Shen was not able to confirm that the engineering plans that Shen created for the original plans were appropriate for the subsequent Brighton architectural plans.

25.     On information and belief, Brighton made more than twenty photocopies of Shen's engineering plans and used them without Shen's permission so that Brighton's client could obtain building permits.

26.     Brighton charged Highstar five thousand dollars ($5000.00) for a reuse fee for each of his plans, but failed to pay Shen a reuse fee each time Brighton copied Shen's engineering plans and provided them to Highstar.

27.     On information and belief, Brighton left Shen's name on each set of engineering plans Brighton made – thereby giving the false impression that Shen was endorsing the structural worthiness of each of the houses.

28.     On information and belief, if Shen's name and associated information had not been on the copied engineering plans, they would not have been usable to obtain building permits.

29.     Brighton's conduct has created likelihood of confusion as to Shen's endorsement of the photocopied engineering plans and may result in Shen being sued for engineering plans which were used without Shen's permission.

30.     On information and belief, Brighton charged his client for reuse of Brighton's architectural plans and Shen's engineering plans for each of the subsequent houses built.

## COUNT I

### (Copyright Infringement, 17 U.S.C. § 501)

31.     Plaintiff realleges the allegations set forth above as if fully set forth herein.

32.     Shen is the owner of U.S. Copyright Registration No. VA 2-316-352 (the '352 registration) for technical drawings titled Highstar Cabin 2500.  A copy of the registration certificate is attached hereto as Exhibit F.

33.     Shen is the owner of U.S. Copyright Registration No. VA 2-319-648 (the '648 registration) for technical drawings titled Highstar Cabin 2800.  A copy of the registration certificate is attached hereto as Exhibit G.

34.     Shen is the owner of U.S. Copyright Registration No. VA 2-319-674 (the '674 registration) for technical drawings titled Highstar Cabin 2050.  A copy of the registration certificate is attached hereto as Exhibit H.

35.    Shen is the owner of U.S. Copyright Registration No. VA 2-330-718 (the '718 registration) for technical drawings titled Highstar Cabin 3300.  A copy of the registration certificate is attached hereto as Exhibit I.

36.    Shen is the owner of U.S. Copyright Registration No. VA 2-300717 (the '717 registration) for technical drawings titled New Cabin 2050.  A copy of the registration certificate is attached hereto as Exhibit J.

37.    Shen is the owner of U.S. Copyright Registration No. TX 9-169-886 (the '886 registration) for the text contained in the engineering plans for Highstar Cabin 2500.  A copy of the registration certificate is attached hereto as Exhibit K.

38.    The Highstar Cabin 2500 technical drawings are the engineering plans prepared for Brighton's architectural plans for the "Summit" design.

39.    The Highstar Cabin 2800 technical drawings are the engineering plans prepared for Brighton's architectural plans for the "Uinta" design.

40.    The Highstar Cabin 2050 technical drawings are the engineering plans prepared for Brighton's architectural plans for the "Gateway" design.

41.    The Highstar Cabin 3300 technical drawings are the engineering plans prepared for Brighton's "Wasatch" design.

42.    The Highstar 2500 text is the explanations used in the plans prepared for Brighton's architectural plans for the Summit design and derivatives thereof are used in the other engineering plans created for Brighton by Shen.

6

43.     Brighton had access to the Highstar Cabin 2500 technical drawings and the text as Shen charged Brighton $2500 for a set of the engineering plans and provided the plans to Brighton.

44.     Brighton paid Shen $1250 for one reuse of the Highstar 2500 engineering plans.

45.     Brighton had access to the Highstar Cabin 2800 technical drawings as Shen charged Brighton for a set of the engineering plans and provided the plans to Brighton.

46.     Brighton had access to the Highstar Cabin 2050, Highstar Cabin 3300 and New Cabin technical drawings as Shen charged Brighton for a set of the engineering plans and provided the plans to Brighton.

47.     On information and belief, Brighton made approximately fifteen photocopies of the Highstar Cabin 2500 engineering plans without Shen's permission and used them to obtain building permits for houses based on Brighton's architectural plans.

48.     On information and belief, Brighton made at least three photocopies of the Highstar Cabin 2800 engineering plans without Shen's permission and used them to obtain building permits for houses based on Brighton's architectural plans.

49.     On information and belief,  Brighton made at least four photocopies of the Highstar Cabin 2050 engineering plans without Shen's permission and used them to obtain building permits for houses based on Brighton's architectural plans.

50.     On information and belief, Brighton made at least two photocopies of the Highstar 3300 engineering plans without Shen's permission and used them to obtain building permits for houses based on Brighton's architectural plans.

51.     On information and belief,  Brighton made photocopies not accounted for above which used the text from the Highstar Cabin 2500 engineering plans, or derivatives thereof, without Shen's permission and used them to obtain building permits for houses based on Brighton's architectural plans.

52.     The photocopies made by Brighton were substantially similar to the originals created by Shen.

53.     Wherefore, Shen makes a claim against Brighton for copyright infringement.

## COUNT II

(False Endorsement, 15 U.S.C. § 1125(a))

54.     Shen realleges the preceding paragraphs and further alleges:

55.     Shen has been operating as Shen Engineers, Inc. in Utah for more than 23 years and has common law rights in the name Shen Engineers, Inc.

56.     Shen marks its work product with its name so that the public associates Shen with its work.

57.     Brighton made more than twenty copies of engineering plans created by Shen and pared them with architectural plans drawn by Brighton to obtain building permits.

58.     Brighton used the Shen engineering plans to falsely suggest that Shen had approved the plans with which the Shen engineering plans were submitted.

59.     The copies made by Brighton contain Shen's name, creating a likelihood of confusion that Shen has endorsed the use of the engineering plans with Brighton's architectural plans.

60.     Shen was not given the opportunity to review the Brighton designs with which the Shen engineering plans were used and thus cannot verify that the Brighton plans are structurally sound.

61.     Brighton's conduct has exposed Shen to the risk of being sued if one of the houses built according to Brighton's architectural plans were to collapse or be seriously damaged.

62.     Wherefore, Shen makes a claim for false endorsement pursuant to the Lanham Act.

## COUNT III

### (Breach of Contract)

63.     Shen realleges the preceding paragraphs and further alleges:

64.     Shen provided engineering plans for architectural plans drawn by Brighton.

65.     Pursuant to their agreement, Brighton was allowed a single use of each plan, with any additional uses requiring a reuse fee.

66.     Brighton paid for the original engineering drawings and paid Shen reuse fees for one subsequent use of the engineering plans.

67.     Brighton is familiar with reuse fees and charged Highstar a reuse fee of $5,000.00 per reuse for his drawings, but failed to compensate Shen for the reuse of Shen's engineering plans.

68.     Thereafter, Brighton made approximately twenty copies of Shen's engineering plans without informing Shen or paying the reuse fees.

69.     Shen has requested Brighton to pay for the unauthorized uses, but Brighton has refused.

70.     Wherefore, Shen makes a claim against Brighton for breach of contract.

**COUNT IV**

(Unjust Enrichment)

71.     Shen realleges the preceding paragraphs and further alleges:

72.     Brighton received a benefit by making copies of Shen's work without Shen's authorization.

73.     Brighton was aware that Shen charges a reuse fee to use Shen's work for additional structures.

74.     On information and belief, Brighton charged his client reuse fees for uses of Shen's work.

75.     It would be unjust to allow Brighton to retain the benefit of using Shen's work without Shen's authorization and without compensation to Shen.

76.     Wherefore, Shen makes a claim against Brighton for unjust enrichment.

WHEREFORE,  Plaintiff prays this Honorable Court:

A.     For an award of damages for each infringement of Shen's copyrights pursuant to 17 U.S.C. § 504 in an amount of: (1) Shen's actual damages, and (2) for Defendant's profits.

B.     For an impoundment order requiring that all infringing works be destroyed.

C.     For an injunction barring Defendant from ever again making copies of Shen's engineering plans without authorization.

       D.      For an award of damages caused by Brighton's use of Shen's name to create a false endorsement.

       E.      For injunctive relief against Brighton from using Shen's name or work without authorization.

       F.      For damages for Brighton's breach of contract.

       G.      For an award to Shen for Brighton's unjust enrichment.

       H.      For such other relief as the Court considers just.

       I.      Plaintiff demands a trial by jury on all matters so triable.

DATED: _____.

                 BATEMAN IP


                 /s/ Randall B. Bateman
                 Randall B. Bateman

                 299 South Main Street, Suite 1300
                 Salt Lake City, UT 84111

                 *Attorney for Plaintiff Shen Engineers, Inc.*

11

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing First Amended Complaint on

counsel for Defendant via First Class Mail and email as follows on _____:


Robert Aycock
William Chadwick
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102


Robert@kimballanderson.com

Will@kimballanderson.com

/s/ Randall B. Bateman

# EXHIBIT A

# GENERAL STRUCTURAL NOTES:



SUGGESTED OVER-BUILD ROOF DETAIL





HOLDOWN INSTALLATION WITH EPOXY BOLTS





| DRAWING NO. | S1.1 |
| SCALE | AS NOTED |
| DRAWING TITLE | STRUCTURE |

HIGHSTAR CABIN 2500

KAMAS CITY, UTAH

9EI1374

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 2406
HOLLADAY, UTAH 84117
801.272.2405
E-mail: shenengr@msn.com

| NO. | REVISION | DATE |
|-----|----------|------|

SHEN000043

TYP. IN-WALL CANTILEVERED EAVE BEAM

TYPICAL CONN. FOR BM. TO BIG COL.

CONCRETE STAIR ON GRADE

TYP. REINF. @ CONC. WALL OPNG.

TYPICAL CONC. WALL REINF.

TYPICAL TURNDOWN FOOTING

TYP. FTG. & WALL CONSTRUCTION JOINT

TYPICAL CONCRETE WALL CONSTRUCTION JOINT

TYPICAL STEPPED FOOTING

TYPICAL REINFORCING BAR BENDS

TYPICAL ANCHOR BOLTS LAYOUT

TYPICAL HOLDOWN TO CONC.

TYPICAL CONCRETE FLOOR JOINTS



HIGHSTAR CABIN 2500

KAMAS CITY, UTAH

SE1T314

DRAWING NO.
S1.2

SCALE
AS NOTED

DRAWING TITLE
STRUCTURE



Shen Engineers,Inc.
Structural/Seismic Consultants
2229 E. MURRAY HOLLADAY RD.
SUITE 206
HOLLADAY, UTAH 84117
801.277.2828
E-mail: shenesg@msn.com

NO.   REVISION   DATE



SHEN000044



SHEN000045



FLOOR FRAMING PLAN
FOOTING & FOUNDATION PLAN
SCALE  1/4" = 1'-0"

SHEN000046

ROOF FRAMING PLAN
SCALE 1/4" = 1'-0"





HEADER SCHEDULE

HIGHSTAR CABIN 2500

KAMAS CITY, UTAH
SE11314

Shen Engineers, Inc.
Structural/Retain'l Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 104
HOLLADAY, UTAH 84117
801.271.2671
E-mail: shenengineers.com

ROOF TRUSS DESIGN CRITERIA

| NO. | REVISION | DATE |
|-----|----------|------|

DRAWING NO.
S2.2

SCALE
AS NOTED

DRAWING TITLE
STRUCTURE

HOLDOWN & SHEARWALL PLAN
SCALE 1/4" = 1'-0"



| DRAWING NO. | S2.3 |
|---|---|
| SCALE | AS NOTED |
| DRAWING TITLE | STRUCTURE |

HIGHSTAR CABIN 2500
KAMAS CITY, UTAH
SE117314

Shen Engineers, Inc.
Structural/Seismic Consultants
2235 E. MURRAY HOLLADAY RD
SUITE 204
HOLLADAY, UTAH 84117
801.271.2629
E-mail: shenengr@msn.com

| NO. | REVISION | DATE |
|---|---|---|

SHEN000048






SHEN000049



TYPICAL ROOF RIDGE AND HIP DETAILS

TYP. ROOF TRUSS BRACING (PLAN)

| DATE | | SCALE | | HIGHSTAR CABIN 2500 | | Shen Engineers, Inc. | NO. | REVISION | DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| S4.1 | | AS NOTED | | KAMAS CITY, UTAH | | Structural-Seismic Consultants 2225 E. MURRAY HOLLADAY RD. | | | |
| DRAWING NO. | | DRAWING TITLE | | SEI7374 | | SUITE 240B HOLLADAY, UTAH 84117 | | | |
| | | STRUCTURE | | | | (801)271-2479 E-mail: sheneng@shen.com | | | |

SHEN000051

# EXHIBIT B

# GENERAL STRUCTURAL NOTES:



HOLDOWN INSTALLATION WITH EPOXY BOLTS



HOLDOWN INSTALLATION WITH EPOXY BOLTS



SUGGESTED OVER-BUILD ROOF DETAIL



TYP. IN-WALL CANTILEVERED EAVE BEAM

| DRAWING NO. | SCALE | | | |
|---|---|---|---|---|
| **S1.1** | AS NOTED | HIGHSTAR CABIN 2800 | Shen Engineers, Inc. | NO.  REVISION  DATE |
| | DRAWING TITLE | KAMAS CITY, UTAH | Structural/Seismic Consultants | |
| | STRUCTURE | SEI1315 | | |





HIGHSTAR CABIN 2800

KAMAS CITY, UTAH

9E1737.5

Shen Engineers, Inc.
Structural/Seismic Consultants
2228 E. MURRAY HOLLADAY RD.
SUITE 2GH
HOLLADAY, UTAH 84117
(801)272-2625
E-mail: engineer@shen.com

SCALE: AS NOTED
DRAWING TITLE: STRUCTURE
DRAWING NO. S1.3

| NO. | REVISION | DATE |
|-----|----------|------|
|     |          |      |

SHEN000003

FLOOR FRAMING PLAN
FOOTING & FOUNDATION PLAN
SCALE 1/4" = 1'-0"

DRAWING NO.
S2.1

SCALE
AS NOTED

DRAWING TITLE
STRUCTURE

HIGHSTAR CABIN 2800
KAMAS CITY, UTAH
SE1173-15

Shen Engineers,Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD.
SUITE 108
HOLLADAY, UTAH 84117
801.277.0470
E-mail: shenengineers@msn.com

NO.   REVISION   DATE

SHEN000004



UPPER FLOOR FRAMING PLAN
MAIN ROOF FRAMING PLAN

SCALE 1/4" = 1'-0"

S2.2

SCALE
AS NOTED
DRAWING TITLE
STRUCTURE

HIGHSTAR CABIN 2800
KAMAS CITY, UTAH
SEIT31B

Shen Engineers,Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD.
SUITE 108
HOLLADAY, UTAH 84117
(801)277-3478
E-mail: shenengineers@msn.com



HIGH ROOF FRAMING PLAN
SCALE 1/4" = 1'-0"

UPPER LEVEL HOLDOWN & SHEARWALL PLAN
SCALE 1/4" = 1'-0"

S2.3

SCALE
AS NOTED
DRAWING TITLE
STRUCTURE

HIGHSTAR CABIN 2800
KAMAS CITY, UTAH
SE117315

Shen Engineers,Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 201B
HOLLADAY, UTAH 84117
801.277.0425
E-mail: shenengineer@msn.com





S3.1

SCALE
AS NOTED
DRAWING TITLE
STRUCTURE

HIGHSTAR CABIN 2800
KAMAS CITY, UTAH
SE17375

Shen Engineers,inc
Structural/Seismic Consultants
2225 E. Murray Holladay Rd
Suite 108
HOLLADAY, UTAH 84117
801.277.2475
E-mail: shen@shen.com

NO.   REVISION   DATE

SHEN000008



| S3.2 | AS NOTED | HIGHSTAR CABIN 2800 | Shen Engineers, Inc. | NO. | REVISION | DATE |
|---|---|---|---|---|---|---|
| DRAWING SHEET | SCALE | | Structural/Seismic Consultants | | | |
| | DRAWING TITLE | KAMAS CITY, UTAH | 2225 E. MURRAY HOLLADAY RD. | | | |
| | STRUCTURE | SE17375 | SUITE 206 | | | |
| | | | HOLLADAY, UTAH 84117 | | | |
| | | | (801)772-6076 | | | |
| | | | E-mail: shenengineers.com | | | |

SHEN000009







| DRAWING NUMBER | SCALE | | | NO. | REVISION | DATE |
|---|---|---|---|---|---|---|
| **S4.1** | AS NOTED | HIGHSTAR CABIN 2800 | Shen Engineers, Inc. Structural/Seismic Consultants 2225 EL CRISTO VERDE RD SUITE 306 HOLLADAY, UTAH 84117 801.271.2629 E-mail: shenengineers@ | | | |
| | DRAWING TITLE | KAMAS CITY, UTAH | | | | |
| | STRUCTURE | SEIT1315 | | | | |

SHEN000010



| S4.2 | SCALE | AS NOTED | HIGHSTAR CABIN 2800 | Shen Engineers, Inc. | NO. | REVISION | DATE |
| DRAWING NO. | | DRAWING TITLE | KAMAS CITY, UTAH | Structural/Seismic Consultants | | | |
| | | STRUCTURE | SEI1375 | 2225 E. MURRAY HOLLADAY RD | | | |
| | | | | SUITE 206 | | | |
| | | | | HOLLADAY, UTAH 84117 | | | |
| | | | | 801.272.0625 | | | |
| | | | | E-mail: shenengineer.com | | | |

SHEN000011



SHEN000012

EXHIBIT C

# GENERAL STRUCTURAL NOTES:



HOLDDOWN INSTALLATION WITH EPOXY BOLTS



HOLDDOWN INSTALLATION WITH EPOXY BOLTS



SUGGESTED OVER-BUILD ROOF DETAIL



| DRAWING NO. | SCALE | | | | NO. | REVISION | DATE | |
|---|---|---|---|---|---|---|---|---|
| **S1.1** | AS NOTED | | HIGHSTAR CABIN 2050 | Shen Engineers, Inc. | | | | |
| | DRAWING TITLE | | KAMAS CITY, UTAH | Structural/Seismic Consultants | | | | |
| | STRUCTURE | | SE13717 | HOLLADAY, UTAH 84117 | | | | |

Shen Engineers, Inc.
Structural/Seismic Consultants
2275 E. MURRAY HOLLADAY RD.
SUITE 206
HOLLADAY, UTAH 84117
801.277.2625
E-mail: shen@xmission.com

SHEN000013

12 TYP. IN-WALL CANTILEVERED EAVE BEAM

11 TYPICAL CONN. FOR BM. TO BIG COL.

10 CONCRETE STAIR ON GRADE

9 TYP. REINF. @ CONC. WALL OPNG.

8 TYPICAL CONC. WALL REINF.

7 TYPICAL TURNDOWN FOOTING

6 TYP. FTG. & WALL CONSTRUCTION JOINT

5 TYPICAL STEPPED FOOTING

4 TYPICAL REINFORCING BAR BENDS

3 TYPICAL ANCHOR BOLTS LAYOUT

2 TYPICAL HOLDOWN TO CONC.

1 TYPICAL CONCRETE FLOOR JOINTS

| DRAWING NO. S1.2 | SCALE AS NOTED | HIGHSTAR CABIN 2050 | Shen Engineers, Inc. | NO. | REVISION | DATE |
|---|---|---|---|---|---|---|
| | DRAWING TITLE STRUCTURE | KAMAS CITY, UTAH | Structural/Seismic Consultants 2229 E. MURRAY HOLLADAY RD. SUITE 226 HOLLADAY, UTAH 84117 801.277.2626 E-mail: sheneng@msn.com | | | |








SHEN000014









| | |
|---|---|
| DRAWING NO. | S1.3 |
| SCALE | AS NOTED |
| DRAWING TITLE | STRUCTURE |

HIGHSTAR CABIN 2050

KAMAS CITY, UTAH

SE113117

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD.
SUITE 104
HOLLADAY, UTAH 84117
(801)712-6276
E-mail: shshengr@msn.com

| NO. | REVISION | DATE |
|---|---|---|
| | | |

SHEN000015

FOOTING & FOUNDATION PLAN
SCALE 1/4" = 1'-0"

S2.1

SCALE
AS NOTED
DRAWING TITLE
STRUCTURE

HIGHSTAR CABIN 2050
KAMAS CITY, UTAH
SE17317

Shen Engineers, Inc.
Structural Engineers
Consultants
2225 E. MURRAY HOLLADAY RD
SUITE D28
HOLLADAY, UTAH 84117
801.277.2425
E-mail: shenengr@msn.com

SHEN000016



ROOF FRAMING PLAN
SCALE 1/4" = 1'-0"



HEADER SCHEDULE

ROOF FRAMING PLAN NOTES

ROOF TRUSS DESIGN CRITERIA

HIGHSTAR CABIN 2050

KAMAS CITY, UTAH
SEI13171

Shen Engineers, Inc.

DRAWING NO.
S2.2

SCALE
AS NOTED

DRAWING TITLE
STRUCTURE

SHEN000017

HOLDOWN & SHEARWALL PLAN
SCALE 1/4" = 1'-0"



CEILING JOIST SCHEDULE

WOOD STUD WALL SCHEDULE

HOLDOWN SCHEDULE-SIMPSON C.C. 2015

SHEARWALL SCHEDULE

| | |
|---|---|
| DRAWING TITLE | STRUCTURE |
| SCALE | AS NOTED |

HIGHSTAR CABIN 2050
KAMAS CITY, UTAH
SE173I7

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE DR8
HOLLADAY, UTAH 84117
(801) 277-2475
E-mail: shen@shenengr.com

| NO. | REVISION | DATE |
|---|---|---|

DRAWING NO.
S2.3

SHEN000018

RETAINING WALL EXCAVATION GUIDELINE

BASEMENT RETAINING WALL GUIDELINE

CONC./CMU WALL-NEW STUD WALL CONNECTION

HOLDON ON RAISED FLOOR CALLED OUT AS HDX/AB"

FREE-STANDING RETAINING WALL

TYPICAL CONCRETE RETAINING WALL SCHEDULE







| DRAWING NO. | SCALE | | DRAWING TITLE | HIGHSTAR CABIN 2050 | | NO. | REVISION | DATE |
|---|---|---|---|---|---|---|---|---|
| S3.1 | AS NOTED | | STRUCTURE | KAMAS CITY, UTAH | | | | |

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. Murray Holladay Rd
Suite 104
HOLLADAY, UTAH 84117
801.271.2625
E-mail: shenengrs@msn.com

9EIT317

SHEN000019











| | | | | | |
|---|---|---|---|---|---|
| **DRAWING NO.** S3.2 | **SCALE** AS NOTED | HIGHSTAR CABIN 2050 | Shen Engineers, Inc. | **NO.** **REVISION** **DATE** | |
| | **DRAWING TITLE** STRUCTURE | KAMAS CITY, UTAH | Structural/Seismic Consultant 2229 E. MURRAY HOLLADAY RD SUITE 304 HOLLADAY, UTAH 84117 801.277.3429 E-mail: shenengr@msn.com | | |
| | | SE17317 | | | |

SHEN000020







TYPICAL ROOF RIDGE AND HIP DETAILS

TYP. ROOF TRUSS BRACING (PLAN)









| | | |
|---|---|---|
| **S4.1** | SCALE<br>AS NOTED<br><br>DRAWING TITLE<br>STRUCTURE | HIGHSTAR CABIN 2050<br><br>KAMAS CITY, UTAH<br>SE13171 |

Shen Engineers,Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 104
HOLLADAY, UTAH 84117
(801)712-629
E-mail: shenengr@msn.com

| NO. | REVISION | DATE |
|---|---|---|

SHEN000021

# EXHIBIT D

# GENERAL STRUCTURAL NOTES:

**HOLDOWN INSTALLATION WITH EPOXY BOLTS**

**MULTI-STUD POST**

**SUGGESTED OVER-BUILD ROOF DETAIL**

**TYP. IN-WALL CANTILEVERED EAVE BEAM**

**HOLDOWN INSTALLATION WITH EPOXY BOLTS**



| | |
|---|---|
| SCALE | AS NOTED |
| DRAWING TITLE | STRUCTURE |
| DRAWING NO. | S1.1 |

HIGHSTAR CABIN 3300
LOT #53
KAMAS CITY, UTAH
SE17424

Shen Engineers, Inc.
Structural/General Consultants
2225 E. Murray Holladay Rd.
SUITE 208
HOLLADAY, UTAH 84117
801.277.2625
E-mail: shenengr@msn.com

| NO. | REVISION | DATE |
|---|---|---|

SHEN000031



| | | |
|---|---|---|
| 12 CONCRETE STAIR ON GRADE | 11 TYPICAL TURNDOWN FOOTING | 10 PIPES AT CONCRETE FOOTING |
| 9 TYP. REINF. @ CONC. WALL OPNG. | 8 TYPICAL CONC. WALL REINF. | 7 TYPICAL TURNDOWN FOOTING |
| 6 TYPICAL FTG. & WALL CONSTRUCTION JOINT / TYPICAL CONCRETE WALL CONSTRUCTION JOINT | 5 TYPICAL STEPPED FOOTING | 4 TYPICAL REINFORCING BAR BENDS |
| 3 TYPICAL ANCHOR BOLTS LAYOUT | 2 TYPICAL HOLDOWN TO CONC. | 1 TYPICAL CONCRETE FLOOR JOINTS |

| DRAWING NO. | SCALE | | | REVISION | DATE |
|---|---|---|---|---|---|
| S1.2 | AS NOTED | HIGHSTAR CABIN 3300 LOT #53 KAMAS CITY, UTAH SE17424 | Shen Engineers, Inc. Structural/Seismic Consultants 2225 E. Murray Holladay Rd SUITE 206 HOLLADAY, UTAH 84117 801.277.2625 E-mail: sheneng@msn.com | | |
| | DRAWING TITLE STRUCTURE | | | | |

SHEN000032



SHEN000033



FLOOR FRAMING PLAN
FOOTING & FOUNDATION PLAN
SCALE  1/4" = 1'-0"

HIGHSTAR CABIN 3300
LOT #53
KAMAS CITY, UTAH
SE17424

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD.
SUITE 208
HOLLADAY, UTAH 84117
801.277.2625
E-mail: sheneng@msn.com

SCALE: AS NOTED
DRAWING TITLE: STRUCTURE

DRAWING NO. S2.1



UPPER FLOOR FRAMING PLAN
MAIN ROOF FRAMING PLAN

SCALE  1/4" = 1'-0"

SCALE
AS NOTED
DRAWING TITLE
STRUCTURE

DRAWING NO.
**S2.2**
11/5/2017

HIGHSTAR CABIN 3300
LOT #53
KAMAS CITY, UTAH
SE17424

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 208
HOLLADAY, UTAH 84117
801.277.2625
E-mail: sheneng@msn.com

SHEN000035







HIGHSTAR CABIN 3300
LOT #53
KAMAS CITY, UTAH
SE17424

STRUCTURE

S2.3

SCALE
AS NOTED
DRAWING TITLE



Shen Engineers,Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 206
HOLLADAY, UTAH 84117
801.277.2625
E-mail: sheneng@msn.com

| NO. | REVISION | DATE |
|-----|----------|------|
|     |          |      |
|     |          |      |
|     |          |      |
|     |          |      |





MAIN LEVEL HOLDOWN & SHEARWALL PLAN
SCALE 1/4" = 1'-0"

HIGHSTAR CABIN 3300
LOT #53
KAMAS CITY, UTAH
SE17424

Shen Engineers,Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 208
HOLLADAY, UTAH 84117
801.277.2625
E-mail: shreneg@msn.com

S2.4



| DATE 11/9/2017 | SCALE | | | HIGHSTAR CABIN 3300 | | Shen Engineers, Inc. | NO. | REVISION | DATE |
| DRAWING NO. | AS NOTED | | | LOT #53 | | Structural/Seismic Consultants | | | |
| S3.1 | DRAWING TITLE | | | KAMAS CITY, UTAH | | 2225 E. MURRAY HOLLADAY RD. | | | |
| | STRUCTURE | | | SE17424 | | SUITE 206 | | | |
| | | | | | | HOLLADAY, UTAH 84117 | | | |
| | | | | | | 801.277.2625 | | | |
| | | | | | | E-mail: sheneng@msn.com | | | |

SHEN000038



SHEN000039



SHEN000040



| DRAWING NO. | SCALE | | | |
|---|---|---|---|---|
| S4.2 | AS NOTED | HIGHSTAR CABIN 3300 | Shen Engineers,Inc. | |
| | DRAWING TITLE | LOT #63 | Structural/Seismic Consultants | |
| 11/5/2007 | STRUCTURE | KAMAS CITY, UTAH | 2225 E. HOLLADAY RD | |
| | | SE17424 | SUITE 208 | |
| | | | HOLLADAY, UTAH 84117 | |
| | | | 801.277.2625 | |
| | | | E-mail: shenengineers.com | |

SHEN000041





### HOLDOWNS AT FLOOR TO FLOOR







### TYPICAL GLB TO TS COL. CONN.







### TYPICAL STEEL BEAM — BEAM CONN.







**S5.1**

| SCALE | |
|---|---|
| AS NOTED | |
| DRAWING TITLE | |
| STRUCTURE | |



HIGHSTAR CABIN 3300
LOT #53
KAMAS CITY, UTAH
SE17424



Shen Engineers,Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD
SUITE 208
HOLLADAY, UTAH 84117
801.277.2625
E-mail: sheneng@msn.com



| NO. | REVISION | DATE |
|---|---|---|
| | | |

SHEN000042

# EXHIBIT E

# GENERAL STRUCTURAL NOTES:



**4** FREE-STANDING RETAINING WALL

TYPICAL CONCRETE RETAINING WALL SCHEDULE

**3** RETAINING WALL EXCAVATION GUIDELINE



**2** HOLDOWN INSTALLATION WITH EPOXY BOLTS



**1** HOLDOWN INSTALLATION WITH EPOXY BOLTS



| DRAWING NO. | SCALE | | |
|---|---|---|---|
| **S1.1** | AS NOTED | | |
| | DRAWING TITLE | | |
| | STRUCTURE | | |

NEW CABIN
HIGH STAR RANCH
916 N. STATE RD. 32, KAMAS, UTAH
SE1136-9



Sihan Engineers, Inc.
Structural/Seismic Consultants
2225 E. Murray Holladay Rd.
Suite 108
HOLLADAY, UTAH 84117
801.713.629
E-mail: sihaneng@msn.com

| NO. | REVISION | DATE |
|---|---|---|
| | | |





NEW CABIN
HIGH STAR RANCH
976 N. STATE RD. 32, KAMAS, UTAH
SE19369

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY-HOLLADAY RD.
SUITE 205B
HOLLADAY, UTAH 84117
801.272.0425
E-mail: shenengr@msn.com

DRAWING NO.
S1.2

SCALE
AS NOTED

DRAWING TITLE
STRUCTURE

NO.   REVISION   DATE











FOOTING & FOUNDATION PLAN
SCALE 1/4" = 1'-0"



## HIGH ROOF FRAMING PLAN

SCALE 1/4" = 1'-0"





NEW CABIN
HIGH STAR RANCH
976 N. STATE RD. 32, KAMAS, UTAH
SE19369

DRAWING TITLE
STRUCTURE

SCALE
AS NOTED

DRAWING NO.
S2.2

Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD.
SUITE 206
HOLLADAY, UTAH 84117
801.272.2629
E-mail: shen@msn.com

| NO. | REVISION | DATE |
|-----|----------|------|



UPPER LEVEL LATERAL PLAN

SCALE 1/4" = 1'-0"







New Cabin

High Star Ranch

976 N. State Rd. 32, Kamas, Utah

6E19369

DRAWING TITLE: STRUCTURE

SCALE: AS NOTED

DRAWING NO. S2.3

Shen Engineers, Inc























| DRAWING NO. | SCALE | | NEW CABIN | Shinn Engineers, Inc. | NO. | REVISION | DATE |
|---|---|---|---|---|---|---|---|
| **S3.1** | AS NOTED | | HIGH STAR RANCH | Structural/Seismic Consultants | | | |
| | DRAWING TITLE | | 976 N. STATE RD. 32, KAMAS, UTAH | 2225 E. MURRAY HOLLADAY RD. SUITE 208 | | | |
| | STRUCTURE | | SE19369 | HOLLADAY, UTAH 84117 (801)712-6575 E-mail: shinneng@msn.com | | | |











NEW CABIN
HIGH STAR RANCH
976 N. STATE RD. 32, KAMAS, UTAH
SE19369



Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD.
SUITE 308
HOLLADAY, UTAH 84117
(801) 712-0438
E-mail: shen@shengineers.com



S4.1



Shen Engineers, Inc.
Structural/Seismic Consultants
2225 E. MURRAY HOLLADAY RD.
SUITE 206
HOLLADAY, UTAH 84117
801.277.3425
E-mail: shen@shen.com

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-316-352

**Effective Date of Registration:**
August 24, 2022
**Registration Decision Date:**
August 30, 2022

## Title

**Title of Work:**   HIGHSTAR CABIN 2500

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   September 28, 2017
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Shen Engineers, Inc.
**Author Created:**   technical drawing
**Work made for hire:**   Yes
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Shen Engineers, Inc.
2225 E. Murray-Holladay Road, #208, Salt Lake City, UT, 84117, United States

## Limitation of copyright claim

**Material excluded from this claim:**   2-D artwork, the floor plans on pages 2.1-2.3 are not the property of Applicant

**New material included in claim:**   2-D artwork, technical drawing, The work is a collection of drawings other than excluded material derived from engineering drawings of Applicant dating back to 1999

## Rights and Permissions

**Organization Name:**   Shen Engineers, Inc.
**Name:**   HUA SHEN
**Email:**   sheneng@msn.com

|  |  |
|---|---|
| **Telephone:** | (801)277-2625 |
| **Address:** | 2225 E. Murray Holladay Road, # |
|  | #208 |
|  | Salt Lake City, UT 84117 |

## Certification

|  |  |
|---|---|
| **Name:** | Randall B. Bateman |
| **Date**: | August 24, 2022 |
| **Applicant's Tracking Number**: | 8112.SHEN.CR |

|  |  |
|---|---|
| **Correspondence:** | Yes |

EXHIBIT G

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-319-648**

**Effective Date of Registration:**
August 24, 2022

**Registration Decision Date:**
September 23, 2022

## Title _____

**Title of Work:** HIGHSTAR CABIN 2800

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** October 05, 2017
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Shen Engineers, Inc.
  **Author Created:** 2-D artwork, technical drawing
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Shen Engineers, Inc.
2225 E. Murray-Holladay Road, #208, SALT LAKE CITY, UT, 84117, United
States

## Limitation of copyright claim _____

**Material excluded from this claim:** 2-D artwork, the floor plans on pages 2.1-2.3 are not the property of Applicant

**New material included in claim:** 2-D artwork, technical drawing, The work is a collection of drawings other than
excluded material derived from engineering drawings of Applicant dating back to
1999

## Rights and Permissions _____

**Organization Name:** Shen Engineers, Inc.
**Name:** HUA SHEN

EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-319-674

**Effective Date of Registration:**
August 24, 2022
**Registration Decision Date:**
September 23, 2022

---

## Title

**Title of Work:** HIGHSTAR CABIN 2050

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 28, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Shen Engineers, Inc.
  **Author Created:** 2-D artwork, technical drawing
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Shen Engineers, Inc.
2225 E. Murray-Holladay Road, #208, Salt Lake City, UT, 84117, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork, the floor plans on pages 2.1-2.3 are not the property of Applicant

**New material included in claim:** 2-D artwork, technical drawing, The work is a collection of drawings other than excluded material derived from engineering drawings of Applicant dating back to 1999

## Rights and Permissions

**Organization Name:** Shen Engineers, Inc.
**Name:** HUA SHEN
**Email:** sheneng@msn.com

EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-330-718

**Effective Date of Registration:**
August 24, 2022
**Registration Decision Date:**
December 14, 2022

---

## Title
_____

**Title of Work:**   HIGHSTAR CABIN 3300

## Completion/Publication
_____

**Year of Completion:**   2017
**Date of 1st Publication:**   November 05, 2017
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Shen Engineers, Inc.
  **Author Created:**   2-D artwork, technical drawing
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Shen Engineers, Inc.
2225 E. Murray-Holladay Road, #208, Salt Lake City, UT, 84117, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:**   technical drawings which were previously published

**New material included in claim:**   technical drawings and the arrangement of technical drawings

## Rights and Permissions
_____

**Organization Name:**   Shen Engineers, Inc.
**Name:**   HUA SHEN
**Email:**   sheneng@msn.com
**Telephone:**   (801)277-2625
**Address:**   2225 E. Murray Holladay Road, #

# EXHIBIT J



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Shen engineers
Search Results: Displaying 6 of 6 entries



Labeled View

### *NEW CABIN.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002330717 / 2022-08-24
**Application Title:** NEW CABIN.
**Title:** NEW CABIN.
**Description:** Electronic file (eService)
**Copyright Claimant:** Shen Engineers, Inc. Address: 2225 E. Murray-Holladay Road, #208, Salt Lake City, UT, 84117, United States.
**Date of Creation:** 2019
**Date of Publication:** 2019-10-07
**Nation of First Publication:** United States
**Authorship on Application:** Shen Engineers, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork, technical drawing.
**Pre-existing Material:** technical drawings which have previously been published.
**Basis of Claim:** technical drawings and an arrangement of previously published technical drawings.
**Rights and Permissions:** HUA SHEN, Shen Engineers, Inc., 2225 E. Murray Holladay Road, #208, Salt Lake City, UT, 84117, United States, (801) 277-2625, sheneng@msn.com
**Copyright Note:** C.O. correspondence.
**Names:** Shen Engineers, Inc.



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | [_____] Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-169-886

**Effective Date of Registration:**
August 24, 2022
**Registration Decision Date:**
September 16, 2022

---

## Title
_____

            **Title of Work:**  HIGHSTAR CABIN 2500

## Completion/Publication
_____

        **Year of Completion:**  2017
    **Date of 1st Publication:**  September 28, 2017
  **Nation of 1st Publication:**  United States

## Author
_____

-           **Author:**  Shen Engineers, Inc.
      **Author Created:**  new and revised text
   **Work made for hire:**  Yes
         **Citizen of:**  United States
       **Domiciled in:**  United States

## Copyright Claimant
_____

    **Copyright Claimant:**  Shen Engineers, Inc.
                    2225 E. Murray-Holladay Road, #208, Salt Lake City, UT, 84117, United States

## Limitation of copyright claim
_____

  **Material excluded from this claim:**  artwork and text from prior engineering plans created by Applicant dating back to 1999

    **New material included in claim:**  new and revised text

## Rights and Permissions
_____

    **Organization Name:**  Shen Engineers, Inc.
             **Name:**  HUA SHEN
             **Email:**  sheneng@msn.com
       **Telephone:**  (801)277-2625