Randall B. Bateman (USB 6482)
BATEMAN IP
299 South Main Street, Suite 1300
Salt Lake City, UT 84111
(801) 533-0320
rbb@batemanip.com, mail@batemanip.com

*Attorney for Plaintiff Shen Engineers, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHEN ENGINEERS, INC., a Utah Corporation,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>RICHARD BRIGHTON, an individual, d/b/a BRIGHTON ARCHITECTURAL GROUP,<br><br>　　　　　　Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Case No. 2:22-cv-00624-CMR<br><br>Judge Cecilia M. Romero |

　　　　The Court, having considered Plaintiff's Motion for Leave to File a Second Amended Complaint, and finding good cause therefore,

　　　　It is hereby ordered that Plaintiff shall file its second amended Complaint within ten days of this order.

　　　　DATED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Cecilia M. Romero