IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHEN ENGINEERS, INC., a Utah Corporation,<br><br>     Plaintiff,<br>v.<br><br>RICHARD BRIGHTON, an individual, d/b/a BRIGHTON ARCHITECTURAL GROUP,<br><br>     Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:22-cv-00624 HCN DBP<br><br>District Judge Howard C. Nielson, Jr<br><br>Chief Magistrate Judge Dustin B. Pead |

  Plaintiff Shen Engineers, Inc. moves the court for leave to file a Second Amended Complaint. (ECF No. 18.)[1] The motion is timely, it was filed on the last day to file for amended pleadings, and there has been no opposition filed. Leave to amend is to be freely granted. *See Foman v. Davis*, 371 U.S. 178, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962); *Aalco Construction Co. v. F. H. Linneman Construction Co.*, 399 F.2d 516 (10th Cir. 1968); *Food Basket, Inc. v. Albertsons, Inc.*, 383 F.2d 785 (10th Cir. 1967). And the court finds no reason to deny Plaintiff's motion.

  Accordingly, Plaintiff's motion is GRANTED.

  DATED this 8 May 2023.

                _____
                Dustin B. Pead
                United States Magistrate Judge

---

[1] The case is referred from Judge Howard Nielson for consideration of all nondispositive pretrial matters under 28 U.S.C. § 636(b)(1)(A). (ECF No. 14.)